No. 817.  P. J. CARLIN CONSTRUCTION CO. ET AL. *v.* HEANEY ET AL.  See *ante,* p. 637.

No. 787.  NATIONAL CITY BANK *v.* OELBERMANN ET AL. See *ante,* p. 638.

No. 777.  BOURDIEU *v.* PACIFIC WESTERN OIL CO. ET AL.  April 6, 1936.  Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted.  *Messrs. Jefferson P. Chandler* and *Howard W. Wright* for petitioner.  *Messrs. Herbert W. Clark, Felix T. Smith, George W. Nilsson,* and *Herman Phleger* for respondents.

Nos. 785 and 786.  McKEY, TRUSTEE IN BANKRUPTCY, *v.* PARADISE, TRUSTEE.  April 6, 1936.  Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted.  *Messrs. Wm. E. Leahy* and *Wm J. Hughes, Jr.,* for petitioner.  *Messrs. Jack N. Pritzker* and *Stanford Clinton* for respondent.

No. 168.  MICHALEK *v.* UNITED STATES GYPSUM CO. See *ante,* p. 639.

No. 804.  VALENTINE, POLICE COMMISSIONER, ET AL., *v.* UNITED STATES EX REL. B. COLES NEIDECKER;

No. 805.  SAME *v.* UNITED STATES EX REL. GEORGE W. NEIDECKER; and

No. 806.  SAME *v.* UNITED STATES EX REL. AUBREY NEIDECKER.  April 13, 1936.  Petition for writs of certiorari to the Circuit Court of Appeals for the Second